UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00028-MOC

| | | |
|---|---|---|
| **BILLY S. BRADLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of Social Security** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Consent Motion for Reversal and Remand (#14). Having considered the motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Consent Motion for Reversal and Remand (#14) is **GRANTED**. The case will be reversed and remanded to the defendant for further administrative proceedings.

The Clerk of Court is instructed to enter a Judgement pursuant to this Order.


Signed: November 18, 2016

Max O. Cogburn Jr.
United States District Judge

-1-